IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  04-cr-00417-LTB-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    CLEMMETH D. NEVELS,

       Defendant

_____

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM
_____

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, Tamar Henry, DOC # 1459822, before United States District Chief Judge Lewis T. Babcock, on March 8, 2006 at 10:00 a.m., for testimony at trial in the above captioned cause, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until she has appeared as a material witness, and immediately thereafter

to return the witness to the institution where she is now confined, under safe and secure conduct.

      SO ORDERED this   23rd   day of   February  , 2006.

                                           s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO